```
                                             FILED
                                          GREAT FALLS DIV.

                                          '07 JAN 25 AM 8 29

                                          PATRICK E. [...] CLERK
                                          BY _____
                                                 DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EMERGIS TECHNOLOGIES, INC., f/k/a BCE EMERGIS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FLATHEAD ELECTRIC COOPERATIVE, INC.,<br><br>Defendant. | Cause No. CV-06-007-M-SEH<br><br><br>ORDER DISMISSING CASE<br>WITH PREJUDICE |

Pursuant to the Plaintiff's Unopposed Motion for Dismissal with Prejudice and for good cause shown, the Court hereby orders that the above-captioned case is dismissed with prejudice, with both sides to bear their own costs and attorneys' fees.

DATED this 25th day of January, 2007.

*/s/ Sam E. Haddon*
Sam E. Haddon, District Judge

c: Robert C. Lukes, Esq.
David K. Callahan, Esq./Joseph J. Jacobi, Esq.
Maxon R. Davis, Esq.
Michael R. Annis, Esq.

1